MARY A. HICKEY, Individually and as Executrix of ANNA L. HICKEY, Deceased, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants.

*Railroads — easements — real property — action to restrain maintenance and operation of elevated railroad in street and for damages.*

*Hickey* v. *City of New York*, 208 App. Div. 738, affirmed.

(Argued May 20, 1924; decided June 3, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1924, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was for an injunction to restrain the maintenance and operation of an elevated railroad in Ely avenue in the borough of Queens in front of plaintiff's premises and for damages.

*George P. Nicholson*, Corporation Counsel (*Charles V. Nellany* and *Frank R. Rubel* of counsel), for City of New York, appellant.

*James L. Quackenbush* and *J. Osgood Nichols* for Interborough Rapid Transit Company, appellant.

*Benjamin Trapnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.